838 A.2d 566

**Ronald W. BENDER, Appellee,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Appellant.**

**No. 91 MAP 2003.**

Supreme Court of Pennsylvania.

Oct. 31, 2003.

## *ORDER*

PER CURIAM.

**AND NOW,** this 31st day of October, 2003, the above captioned appeal is quashed for failure to file a brief.